IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALTER LEGGETT and
RUBY LEGGETT,

      Plaintiffs,

v.

BORGWARNER MORSE TEC, INC., *et al.*,

      Defendants.               Case No. 13-cv-137-DRH

## ORDER

**HERNDON, Chief Judge:**

The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Stephen C. Williams to serve as presiding judge. Therefore, all further pleadings shall contain cause number 13-cv-137-SCW-DGW.

Should any party to object to this assignment, they must notify the undersigned by **December 18, 2013**. The Court further informs the parties that should any party object to Magistrate Judge Williams' assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Williams shall preside in the interim.

**IT IS SO ORDERED.**
Signed this 4th day of December, 2013.

David R. Herndon
2013.12.04
09:59:31 -06'00'

**Chief Judge**
**United States District Court**