IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER and RUBY LEGGETT,<br><br>Plaintiff,<br><br>vs.<br><br>BORGWARNER MORSE TECH, INC., et al.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)  CASE NO.  13-137-SCW<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

Defendant **CROWN CORK & SEAL COMPANY, INC.**, was dismissed without prejudice on June 17, 2013 by an Order entered by Judge G. Patrick Murphy (Doc. 79).

Defendant **HIGBEE, INC**., was dismissed on July 25, 2013 by an Order entered by Judge G. Patrick Murphy (Doc. 108).

Defendants/Cross-Defendants **GOODYEAR TIRE & RUBBER COMPANY** and **UNITED TECHNOLOGIES CORPORATION**, were dismissed on October 7, 2013 by an Order entered by Judge G. Patrick Murphy (Doc. 142).

Defendant **BOEING CO.** was dismissed on October 16, 2013 by an Order entered by Judge G. Patrick Murphy (Doc. 150).

**IT IS ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 12-L:1843. The remaining motions will remain pending for resolution by the state court judge by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 160).

**DATED** this 22nd day of January, 2014

                                              NANCY J. ROSENSTENGEL,
                                              Clerk of Court

                                              By: s//Angie Vehlewald
                                                     Deputy Clerk

Approved by: s// Stephen C. Williams
              STEPHEN C. WILLIAMS
          United States Magistrate Judge